UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tiffany Wallace, <br><br> Plaintiff, <br> v. <br><br> FMS Investment Corp. ; and DOES 1-10, inclusive, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No.: 2:11-cv-04516-PBT <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 30, 2011

> Respectfully submitted,
>
> PLAINTIFF, Tiffany Wallace
>
> /s/ Jody B. Burton
>
> Jody B. Burton, Esq.
> Bar No.: 71681
> **LEMBERG & ASSOCIATES L.L.C.**
> 1100 Summer Street, 3rd Floor
> Stamford, CT 06905
> Telephone: (203) 653-2250
> Facsimile: (877) 795-3666
> jburton@lemberglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Jody B. Burton_____

                                                Jody B. Burton