UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tiffany Wallace, | : |
| | : Civil Action No.: 2:11-cv-04516-PBT |
| Plaintiff, | : |
| v. | : |
| FMS Investment Corp. ; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against FMS Investment Corp. with prejudice and without costs to any party.

| Tiffany Wallace | FMS Investment Corp. |
|---|---|
| ___/s/ Jody B. Burton_____ | ___/s/ Ross Enders_____ |
| Jody B. Burton, Esq. | Ross S. Enders, Esq. |
| Bar No.: 71681 | Sessions, Fishman, Nathan & Israel, LLC |
| LEMBERG & ASSOCIATES | 200 Route 31 North, Suite 203 |
| 1100 Summer Street, 3rd Floor | Flemington, NJ 08822-5736 |
| Stamford, CT 06905 | (908) 751-5941 |
| (203) 653-2250 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Jody B. Burton_____
                                                    Jody B. Burton